800 A.2d 294

**Carl R. GRADY and Diana Grady, his Wife, Respondents**

v.

**FRITO–LAY, INC., a Foreign Corporation, Petitioner.**

Supreme Court of Pennsylvania.

June 28, 2002.

John A. Robb, Robb, Leonard & Mulvihill, Pittsburgh, for Frito–Lay, Inc., a foreign corporation, Petitioner.

John P. Joyce, Joyce & Joyce, Pittsburg, for Carl R. Grady et al., Respondents.

### *ORDER*

PER CURIAM.

**AND NOW,** this 28th day of June, 2002, the Petition for Allowance of Appeal is granted, limited to the following issue.

Whether the Superior Court, *en banc*, correctly applied the law when it reversed the decision of the trial court to preclude Dr. Charles S. Beroes' expert testimony.

The parties are directed to address the effect of *Frye v. United States,* 293 F. 1013 (D.C.Cir.1923), and *Daubert v.*

*Merrell Dow Pharmaceuticals, Inc.,* 509 U.S. 579, 113 S.Ct. 2786, 125 L.Ed.2d 469 (1993), on the analysis of this issue.

Justice EAKIN did not participate in the consideration or decision of this matter.